# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13360

_____

STATE OF GEORGIA,

                                                  Plaintiff-Appellee,

*versus*

DAVID JAMES SHAFER,

                                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03720-SCJ

_____

_____

2               Order of the Court               23-13360

No. 23-13361

_____

STATE OF GEORGIA,

                                                                                                         Plaintiff-Appellee,

*versus*

SHAWN MICAH TRESHER STILL,

                                                                                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03792-SCJ

_____

_____

No. 23-13362

_____

STATE OF GEORGIA,

                                                                                                          Plaintiff-Appellee,

*versus*

23-13360 Order of the Court 3

CATHLEEN ALSTON LATHAM,

                                                                         Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03803-SCJ

_____

ORDER:

    Appellants' motion for leave to file a joint brief and appendix is DENIED AS UNNECESSARY. *See* Fed. R. App. P. 28(i); 11th Cir. R. 30-1(d).

                                        /s/ Charles R. Wilson
                                        UNITED STATES CIRCUIT JUDGE