# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-13360

_____

STATE OF GEORGIA,

                                  Plaintiff-Appellee,

*versus*

DAVID JAMES SHAFER,

                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03720-SCJ

_____

_____

2  Order of the Court  23-13360

No. 23-13361

_____

STATE OF GEORGIA,

Plaintiff-Appellee,

*versus*

SHAWN MICAH TRESHER STILL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03792-SCJ

_____

_____

No. 23-13362

_____

STATE OF GEORGIA,

Plaintiff-Appellee,

*versus*

23-13360  Order of the Court  3

CATHLEEN ALSTON LATHAM,

                Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-03803-SCJ

_____

ORDER:

 The motion for an extension of time to and including January 18, 2024, to file Appellants' initial joint brief is GRANTED, with the appendix due 7 days after the filing of the brief.

          /s/ Nancy G. Abudu
          UNITED STATES CIRCUIT JUDGE