**Nos. 23-13360; 23-13361; 23-13362**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

**DAVID J. SHAFER, SHAWN STILL, CATHLEEN LATHAM
Appellants,**

v.

**STATE OF GEORGIA,
Appellee.**

**On Appeal from the United States District Court
For the Northern District of Georgia
No. 1:23-cv-03720-SCJ; No. 1:23-cv-03792-SCJ; No.
1:23-cv-03803-SCJ;
Hon. Steve C. Jones**

**APPELLANTS' MOTION TO FILE JOINT BRIEF IN EXCESS
OF 13,000 WORDS**

Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
**GILLEN & LAKE LLC**
400 Galleria Parkway, Ste 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

Holly A. Pierson
Georgia Bar No. 579655
**PIERSON LAW LLC**
2851 Piedmont Road NE, Ste. 200

Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
**Smith, Gambrell & Russell, LLP**
1105 W. Peachtree St., NE
Suite 1000
Atlanta, GA 30309
(404) 815-3574
tbever@sgrlaw.com
cmcferren@sgrlaw.com
*Counsel for Shawn Still*

William G. Cromwell

Atlanta, GA 30305
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for David J. Shafer*

Georgia Bar No. 197240

**CROMWELL LAW, LLC**
400 Galleria Parkway, Suite 1920
Atlanta, GA 30339
(678) 384-5626
bcromwell@cartercromwell.com
*Counsel for Cathleen Latham*

# CERTIFICATE OF INTERESTED PERSONS AND <u>CORPORATE DISCLOSURE STATEMENT</u>

David Shafer, Appellant, files this Certificate of Interested Persons and Corporate Disclosure Statement, listing all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party, as follows:

    Alex M. Bernick, Counsel for Appellee

    Thomas Bever, Counsel for Appellant Shawn Still

    Bondurant Mixson & Elmore LLP, Counsel for Appellee

    Paul Clement, Counsel for Mark Meadows

    Clement & Murphy, LLP, Counsel for Mark Meadows

    William "Bill" Cromwell, Counsel for Appellant Cathleen Latham

    Anna G. Cross, Counsel for Appellee

    Cross Kincaid, Counsel for Appellee

    John E. Floyd, Counsel for Appellee

    Craig A. Gillen, Counsel for Appellant David J. Shafer

    Gillen & Lake LLC, Counsel for Appellant David J. Shafer

    The Honorable Steve C. Jones, United States District Judge

Anthony C. Lake, Counsel for Appellant David J. Shafer

Cathleen Latham, Appellant

Zachary Lustbader, Counsel for Mark Meadows

Cole McFerren, Counsel for Appellant Shawn Still

McGuire Woods, LLP, Counsel for Mark Meadows

Mark Meadows, Appellant in Related Case

John S. Moran, Counsel for Mark Meadows

Erin Murphy, Counsel for Mark Meadows

Adam S. Ney, Counsel for Appellee

Holly A. Pierson, Counsel for Appellant David J. Shafer

Grant H. Rood, Counsel for Appellee

David J. Shafer, Appellant

Shawn Still, Appellant

State of Georgia, Appellee

George Terwilliger, III, Counsel for Mark Meadows

Terwilliger Law PLLC, Counsel for Mark Meadows

Nathan J. Wade, Counsel for Appellee

Wade & Campbell Firm, Counsel for Appellee

Francis M. Wakeford, IV, Counsel for Appellee

Fani T. Willis, Counsel for Appellee

John W. Wooten, Counsel for Appellee

Daysha D. Young, Counsel for Appellee

COME NOW Appellants David Shafer, Shawn Still, and Cathleen Latham, by and through undersigned counsel, and move the Court to extend the length limitation for their joint Appellants' Brief, currently due on January 18, 2024, from 13,000 words to 15,000 words, showing this Court as follows:

On December 22, 2023, this Court granted the Appellants' December 18, 2023 Motion to extend the due date for their joint appellant brief from December 19, 2023 to January 18, 2024. The basis for that extension was the Court's December 18, 2023 order in the related case of *Georgia v. Meadows*, No. 23-12958, ECF No. 79-1 (11th Cir. Dec. 18, 2023) (the "Meadows Order"), in which a panel of this Court held that the federal officer removal statute, 28 U.S.C. § 1442(a)(1), does not apply to *former* federal officers. *Id.* On January 2, 2024, Mr. Meadows filed with this Court a Petition for Rehearing En Banc addressing that issue, which petition has not yet been adjudicated. *Id.* at ECF No. 84 (Jan. 2, 2024).

In light of the Meadows Order and the Petition for Rehearing En Banc, Appellants will need to address the former federal officer issue in the context of 28 U.S.C. § 1442(a)(1) in addition to the significant substantive arguments that are necessary for their appeal. The three appellants are already filing a single joint brief rather than three separate briefs with the Court, and a modest extension of the length limitation for that single brief will permit the Appellants to cover the necessary legal issues and still serve judicial economy.

1

Accordingly, Appellants respectfully request that the Court extend the permissible length of Appellants' Brief from 13,000 words to 15,000 words.

Respectfully submitted, this 10th day of January, 2024.

/s/ Craig A. Gillen
Craig A. Gillen
Georgia Bar No. 294838
Anthony C. Lake
Georgia Bar No. 431149
GILLEN & LAKE LLC
400 Galleria Parkway, Suite 1920
Atlanta, Georgia 30339
(404) 842-9700
cgillen@gwllawfirm.com

/s/ Holly A. Pierson
Holly A. Pierson
Georgia Bar No. 579655
PIERSON LAW LLC
171 17th Street, Suite 1550
Atlanta, GA 30363
(404) 353-2316
hpierson@piersonlawllc.com

*Counsel for Appellant David J. Shafer*

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E. Suite 1000
Atlanta, GA 30309
(404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

2

*Counsel for Appellant Shawn Still*

*/s/ William G. Cromwell*
William G. Cromwell
Georgia Bar No. 197240
CROMWELL LAW, LLC
400 Galleria Parkway, Suite 1920
Atlanta, GA 30339
(678) 384-5626
bcromwell@cartercromwell.com

*Counsel for Appellant Cathleen Latham*

3

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing Appellants' Motion to File Joint Appellant Brief In Excess of 13,000 Words complies with the Federal Rules of Appellate Procedure and this Court's Rules, including 11th Cir. R 27-1.

This the 10th day of January, 2024.

>  */s/ Holly A. Pierson*
> Holly A. Pierson
> Georgia Bar No. 579655
>
> *Counsel for David J. Shafer*
>
> */s/ Thomas D. Bever*
> Thomas D. Bever
> Georgia Bar No. 055874
>
> *Counsel for Defendant Shawn Still*
>
> */s/ William G. Cromwell*
> William G. Cromwell
> Georgia Bar No. 197240
>
> *Counsel for Appellant Cathleen Latham*

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| STATE OF GEORGIA, | Case No: 23-13361 |
| v. | |
| SHAWN STILL | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Appellants' **Motion to File Joint Appellant Brief In Excess of 13,000 Words** filed electronically with the U.S. Court of Appeals for the Eleventh Circuit through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 10th day of January, 2024.

/s/ Holly A. Pierson
Holly A. Pierson
Georgia Bar No. 579655

*Counsel for David J. Shafer*

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874

*Counsel for Defendant Shawn Still*

/s/ William G. Cromwell
William G. Cromwell
Georgia Bar No. 197240

*Counsel for Appellant Cathleen Latham*

5